AO 93 (Rev. 12/03) Search Warrant

**SEALED**  **ISSUED**

# United States District Court

__EASTERN__ District of __CALIFORNIA__  **FILED**

In the Matter of the Search of

**SEARCH WARRANT**   JAN 1 3 2015

(Name, address or brief description of person, property or premises to be searched)

INFORMATION ASSOCIATED WITH
ANONJACK45@GMAIL.COM THAT IS STORED AT PREMISES
CONROLLED BY GOOGLE INC.

CASE NUMBER:

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BY _____
DEPUTY CLERK

1:14 SW 0 0 2 3 2 BAM

TO, <u>Daniel S. Harkness</u>, and any Authorized Officer of the United States

Affidavit(s) having been made before me by Daniel S. Harkness who has reason to believe

that ☐ on the person of, or ☒ on the premises known as (name, description and/or location)

**SEE ATTACHMENT A, attached hereto and incorporated by reference**

in the __EASTERN__ District of __CALIFORNIA__

there is now concealed a certain person or property, namely (describe the person or property to be seized)

**SEE ATTACHMENT B, attached hereto and incorporated by reference**

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before _____11/24/14_____
Date

(not to exceed 14 days) the person or place named above for the person or property specified, serving this warrant and making the search ☐ in the daytime — 6:00 AM to 10:00 P.M. ☒ at any time in the day or night as I find reasonable cause has been established and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to any authorized U.S. Magistrate Judge in the Eastern District of California, as required by law.

U.S. Magistrate Judge (Rule 41(f)(4))

11/12/14  11:30   at   Fresno, California
Date and Time Issued          City and State

Barbara A. McAuliffe, U.S. Magistrate Judge

Signature of Judge

| RETURN | | Case Number: 174C-SC-4176191 |
|---|---|---|
| DATE WARRANT RECEIVED 11/12/14 | DATE AND TIME WARRANT RECEIVED 11/12/14 11:30 AM | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH Google Inc. |
| INVENTORY MADE IN THE PRESENCE OF SA Daniel S. Harkness | | |

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

1 - Cover Letter

2 - Certificate of Authenticity

3 - Attachment A

4 - CD

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_Daniel J. Harkness_

Subscribed, sworn to, and returned before me this date.

_Signature of Judge_     1/13/15
                           Date

## ATTACHMENT A

### Property to Be Searched

This warrant applies to information associated with e-mail account anonjack45@gmail.com that is stored at premises owned, maintained, controlled, or operated by Google an e-mail provider headquartered at 1600 Amphitheatre Parkway, Mountain View, California, 94043.

## **ATTACHMENT B**

### **Particular Things to be Seized**

### **I. Information to be disclosed by Google**

To the extent that the information described in Attachment A is within the possession, custody, or control of Google, including any messages, records, files, logs, or information that have been deleted but are still available to Google or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Google is required to disclose the following information to the government for each account or identifier listed in Attachment A:

a. All e-mails sent and received from January 31, 2014 at 12:01 AM PST to February 2, 2014 at 11:59 PM PST.

### **II. Information to be seized by the government**

All information described above in Section I that constitutes fruits, evidence and instrumentalities of violations of Title 18, United States Code, Section 1038 (false information and hoaxes) involving e-mail account anonjack45@gmail.com, including, for each account or identifier listed on Attachment A, information pertaining to the following matters:

(a) All communications between anonjack45@gmail.com and judy.gutierrez1@ymail.com.